UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re RUDY VEGA,  No. C 12-2811 PJH (PR)

          Plaintiff.            **ORDER EXTENDING TIME**

                                            /

      This case was opened when plaintiff wrote a letter to the court regarding medical care. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"). He was allowed thirty days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope. He has filed the IFP application, but page five, the "Certificate of Funds in Inmate Account," is not signed by an authorized officer at the prison, and the printout of transactions in his inmate account does not cover the six months prior to filing, as required by 28 U.S.C. § 1915(a)(2). At the same time he filed the IFP application he also filed a letter that is difficult to follow, but in which he does clearly contend that prison authorities refuse to sign "all forms."

      The court has received many lawsuits from prisoners at Salinas Valley State Prison, where plaintiff is incarcerated, in which the plaintiffs were able to provide the necessary IFP materials. If plaintiff will inquire from his counselor for the proper procedure, he should be able to supply the missing certification and printout. The time for him to do so is **EXTENDED** to August 20, 2012.

      When the clerk sent plaintiff the IFP deficiency letter he did not send a notice requiring plaintiff to file a complaint, but the court concludes that the letter would not be manageable if it were treated as a complaint. Plaintiff therefore must file a complaint, on

the court's form, by August 20, 2012.  The clerk shall send plaintiff the court's packet for prisoner section 1983 suits with his copy of this order.  If the IFP materials and a complaint are not filed by the deadline, August 20, 2012, this case will be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  July 24, 2012.

_____
PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.12\Vega2811.ext-p.wpd