**United States District Court**
For the Northern District of California

1

2

3         UNITED STATES DISTRICT COURT

4         NORTHERN DISTRICT OF CALIFORNIA

5         OAKLAND DIVISION

6

7    In re RUDY VEGA,                          No. C 12-2811 PJH (PR)

8                 Plaintiff.                    **ORDER DISMISSING CASE**
     _____/

9

10        This case was opened when plaintiff wrote a letter to the court regarding medical

11   care.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that

12   he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"). He

13   was allowed thirty days to either pay the fee or file the application.  A copy of the court's

14   form for applications to proceed IFP was provided with the notice, along with a return

15   envelope.  Plaintiff filed an incomplete IFP application, and was provided an extension to

16   file a complete application.  Plaintiff was also provided an opportunity to file a proper

17   complaint as his letter was insufficient.  Plaintiff was informed that failure to submit these

18   filings would result in this action being dismissed.

19        The time provided has passed and plaintiff has not filed a completed IFP application

20   or a proper complaint.  Plaintiff has sent to letters to the court, but they are confusing and

21   incomprehensible to the extent the letters could be construed as a complaint.  Plaintiff

22   seeks a stay and abeyance, discusses how his conviction was improperly obtained and

23   states he received inadequate medical care.

24        This case is **DISMISSED** without prejudice.  The clerk shall close this file.

25        **IT IS SO ORDERED.**

26   Dated:  November 30, 2012.                _____
                                              PHYLLIS J. HAMILTON
27                                            United States District Judge

28   G:\PRO-SE\PJH\CR.12\Vega2811.dismiss.wpd